1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL DERRYBERRY,

11        Plaintiff,                    No. 2:11-cv-1727 KJN P

12        vs.

13   SOLANO COUNTY JAIL,

14        Defendants.                   ORDER

15   _____/

16         Plaintiff has consented to proceed before the undersigned for all purposes.  See 28

17   U.S.C. § 636(c).  (Dkt. No. 3.)  By order filed August 5, 2011, plaintiff's complaint was

18   dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period

19   has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

20   court's order.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

21   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22   DATED:  September 12, 2011

23

24   _____
     KENDALL J. NEWMAN
25   UNITED STATES MAGISTRATE JUDGE

26   derr1727.fta

1